## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Annelise C. Rice, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-cv-796 ADM/HB |
| Brent Roger Rice, Hennepin County, Carver County, Carole Cole, Nicole Mercil, Bethany Koch, Sarah Kulesa, Jean Peterson, Judith Hoy, Susan Olson, Richard Witucki, Michael Garelick, Jolene Lukanen, Cory D. Gilmer, Brenda K. Dehmer, Michael Borowiak, John Doe I, John Doe II, John Doe III, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Defendants Susan Olson and Jean Peterson's Motion to Dismiss [Docket No. 13] is GRANTED;

2.  Defendants Hennepin County, Jolene Lukanen, and Richard Witucki's Motion to Dismiss [Docket No. 17] is GRANTED;

3.  Defendant Brent Roger Rice's Motion to Dismiss [Docket No. 38] is GRANTED;

4.  Defendant Michael Borowiak's Motion to Dismiss [Docket No. 45] is GRANTED;

5.  Defendant Cory D. Gilmer's Motion to Dismiss [Docket No. 57] is GRANTED;

6.  Defendant Bethany Koch's Motion to Dismiss / Motion for Summary Judgment[Docket No. 94] is GRANTED;

7.  Defendant Brenda K. Dehmer's Motion to Dismiss [Docket No. 102] is GRANTED;

8.  Defendants Carver County, Carole Cole, Sarah Kulesa, and Nicole Mercil's Motion to

Dismiss [Docket No. 110] is GRANTED;

9. Defendant Judith Hoy's Motion to Dismiss [Docket No. 124] is GRANTED;

10. Defendant Michael Garelick is DISMISSED; and;

11. Plaintiff Annelise C. Rice's Application to Proceed in District Court without Prepaying Fees of Costs [Docket No. 54] is DENIED as moot.

12. The Complaint [Docket No. 1] and Addendums [Docket Nos. 14, 15] are DISMISSED.

Date: 9/21/2017                                                       RICHARD D. SLETTEN, CLERK

                                                                                      s/J. Dunbar Fannemel
                                                                              (By)   J. Dunbar Fannemel, Deputy Clerk